| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Gingiss Group, Inc.** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**Refer to Attachment "A"** | | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**95-4652780** | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2101 Executive Drive**<br>**Addison, IL 60101** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Du Page** | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7  ■ Chapter 11  ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other__ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1126(c) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Voluntary Petition | Name of Debtor(s): The Gingiss Group, Inc. | FORM B1, Page 2 |
|---|---|---|

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor: Refer to Attachment "B" | Case Number: | Date Filed: |
|---|---|---|
| District: Delaware | Relationship: | Judge: |

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) ☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States code, and have explained the relief available under each such chapter. X _____ Signature of Attorney for Debtor(s)   Date |
| | **Exhibit C** Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition ■ No |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X /s/ Laura Davis Jones Signature of Attorney for Debtor(s) Laura Davis Jones, Esquire Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. 919 North Market Street, 16th Floor P.O. Box 8705 Wilmington, DE 19899-8705 (Courier 19801) Telephone: (302) 652-4100 Facsimile: (302) 652-4400 (fax) Jeffrey N. Pomerantz, Esquire 10100 Santa Monica Boulevard, 11th Floor Los Angeles, CA 90067-4100 Telephone: (310) 277-6910 Facsimile: (310) 201-0760 11/3/03 Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. _____ Printed Name of Bankruptcy Petition Preparer _____ Social Security Number _____ Address _____ Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documents: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. _____ Signature of Bankruptcy Petition Preparer _____ Date A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Mark Syrstad Signature of Authorized Individual Mark Syrstad Printed Name of Authorized Individual President and Chief Executive Officer Title of Authorized Individual 11/3/03 Date | |

# ATTACHMENT "A"

## ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS

1. Gingiss Formalwear
2. Celebrity Tux Shops
3. Celebrity Tuxedos
4. Tropic Formals, Ltd.
5. Sears Tuxedo Service
6. Sears Formal Wear Service
7. Tuxedo Den
8. Night and Day Formal Wear
9. Gary's Tux Shop
10. Gary's Tux Shop in Sears
11. The Gary's Group, LLC
12. Tux & Tails
13. Jeffery Morton Formal Wear
14. Black Tie Formal Wear, Inc.
15. Black Tie Men's Formal Wear
16. Black Tie Uniform Sales
17. Black Tie Arizona
18. President Tuxedo
19. Indian Tux
20. Tuxedo by Gingiss
21. Celebrating Inc.

# ATTACHMENT "A" (continued)

Registered Internet Domain Name

| Domain Name | .com | .org | .net | Comments | Expiration |
|---|---|---|---|---|---|
| e-formalwear | X | X | X | Registered to The Gingiss Group, Inc. | 7/8/01 |
| e-tuxedo | X | X | X | Registered to The Gingiss Group, Inc. | 7/8/01 |
| computux | X | X | X | Registered to The Gingiss Group, Inc. | 7/9/01 |
| tuxedos-on-the-net | X | X | X | Registered to The Gingiss Group, Inc. | 7/9/01 |
| garystuxshops | X | X | X | Registered to The Gingiss Group, Inc. | 12/5/02 |
| tux | X | | | Registered to The Gingiss Group, Inc. | 6/30/01 |
| jmorder | X | | | Registered to The Gingiss Group, Inc. | 3/22/01 |
| jefferymorton | X | | | Registered to The Gingiss Group, Inc. | 12/5/02 |
| gingiss | X | | | | |
| garystuxshop | X | | | Registered to The Gingiss Group, Inc. | Unknown |

# ATTACHMENT "B"

## LIST OF RELATED FILING ENTITIES

On the date hereof, the affiliated entities listed below (including the debtor in this chapter 11 case) filed in the United States Bankruptcy Court for the District of Delaware separate, voluntary petitions for relief under chapter 11, of title 11, of the United States Code:

1. The Gingiss Group, Inc.
2. Gary's Operating, Inc.
3. GII Acquisition, Inc.
4. Gingiss Formalwear, Inc.
5. Gingiss International, Inc.