IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE GINGISS GROUP, INC., | ) | Case No. 03-_____ (      ) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

**CERTIFICATION UNDER PENALTY OF PERJURY OF
DEBTOR'S LIST OF CONSOLIDATED
<u>CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS</u>**

The debtor and debtor in possession (the "Debtor") in the captioned case, hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records. Debtor assumes all responsibility for errors and omissions.

The information contained herein is based upon a review of Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in this document have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense to any below-listed claims; (2) an acknowledgment of the allowability of any below-listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October, 2003.

*Mark Syrstad*
Mark Syrstad
President and Chief Executive Officer

SWORN TO AND SUBSCRIBED before me this 28th day of October, 2003.

*Carole C. Kotlar*
Notary Public

My Commission Expires: 12-4-04

OFFICIAL SEAL
CAROLE C KOTLAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/04/04

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE GINGISS GROUP, INC., | ) | Case No. 03-_____ (     ) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

In accordance with Federal Rule of Bankruptcy Procedure 1007(d), the debtor and debtor in possession in the above-captioned case (the "Debtor") hereby submits the attached list of creditors holding the thirty (30) largest unsecured claims against the Debtors and its direct or indirect affiliates that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"), prepared on a consolidated basis.

The attached list of creditors holding the thirty (30) largest unsecured claims against the Debtors has been prepared on a consolidated basis from the books and records of all of the Debtors. In accordance with Federal Rule of Bankruptcy Procedure 1007(d), the list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.

The list was prepared with information existing as of October 23, 2003. The Debtors reserve the right to amend the list based on information existing as of the filing date.

The information contained in the list shall not constitute an admission by, nor shall it be binding upon, the Debtors or an admission that the amounts listed are owed by more than one of the Debtors.

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS

| Name | Address | Nature of Claim | Amount of Claim |
|---|---|---|---|
| After Six | Attn: Bill Hines<br>410 Athena Drive<br>Athens GA 30601 | Trade | 1,023,133.15 |
| Herbert Sperber | 7065 E. Foothill Drive<br>Paradise Valley AZ 85253 | Debt | 1,400,000.00 |
| Alan Horwits | 940 Hawk Hill Trail<br>Palm Desert CA 92211 | Debt | 721,835.00 |
| Fabian Couture (First Nighter) | Attn: Alan Weis<br>205 Chubb Avenue<br>Lyndhurst NJ 07071 | Trade | 650,403.12 |
| Frankel | Attn: Sage Wagner 111 East Wacker Drive Chicago, IL 60601 | Services | 518,242.00 |
| Chaplin | Attn: Ken Pendley<br>15580 E. Hinsdale Circle<br>Englewood, CO 80112 | Trade | 448,759.95 |
| Elite Formalwear (Factor Kislak Bank) | Attn: Mary Jo Eaton<br>2280 S.W. 70th Avenue<br>Davie FL 33317 | Trade | 371,936.56 |
| Ernst & Young | Attn: Joseph McCormack<br>233 South Wacker Drive<br>Chicago, IL 60606 | Audit & Tax | 288,955.00 |
| Tuxacco/West Mill Clothes | Attn Howard Ziplow<br>247 Rittenhouse Circle<br>Bristol PA 19007 | Trade | 275,138.93 |
| Barclay Shoe Company | Attn: Ken Marion<br>120 Plaza Drive Suite A<br>Vestal NY 13850 | Trade | 192,474.95 |
| Mel Howard (Factor CIT Group) | Attn: Erin Healey<br>30-30 Northern Blvd<br>Long Island NY 11101 | Financing | 165,671.40 |
| Lou Tomsik | 10620 Copper Lake Drive<br>Bonita Springs, FL 34135 | Debt | 143,003.00 |
| FormalCorp. | Attn: Alan Bodzy<br>11551 Forest Central Drive Suite 110<br>Dallas TX 75243 | Trade | 126,091.13 |
| Santana Formal Accessories | Attn: Illiana Barcelo<br>PO Box 31<br>San Fernando CA 91341 | Trade | 121,091.74 |
| United Parcel Service | PO Box 894820<br>Los Angeles CA 90189 | Shipping Services | 104,080.67 |
| Robert M. & Carolyn Hoffman | 820 Magellan Lane<br>Foster City, CA 94404 | Debt | 116,824.00 |

| Name | Address | Nature of Claim | Amount of Claim |
|---|---|---|---|
| Tux One (Thelma Williams, Delores Moore, T.O. Corp., and The Harry Williams Marital Trust | 1502 South Moreland Indianapolis, IN 46241 | Debt | 100,000.00 |
| Taylor Made Software Inc | Attn: Jeff Kupiec 18 East Jackson Blvd Suite 1501 Chicago, IL 60604 | Services | 96,190.00 |
| Wayne Hoggatt | 20422 N Meadowwood Drive Sun City West, AZ 85375 | Debt | 95,703.00 |
| TMP Worldwide | PO Box 70000 Chicago IL 60673-0000 | Services | 83,556.94 |
| Tuxedo Park | Attn: Don Berger 18027 Highway 99 Bldg B Lynnwood WA 98037 | Trade | 79,556.25 |
| Don & Margaret Thompson | 8504 Mystic Night Ave Las Vegas NV 89143 | Debt | 77,292.00 |
| Robert Dancey | 1213 E. Donna Drive Merced CA 95348 | Debt | 70,920.00 |
| Peerless Clothing International Inc. | Attn: John Enochty 200 Industrial Park Road St. Albans VT 05478-1873 | Trade | 69,012.12 |
| YPM Inc. | Attn: Rob Lendino 18201 Von Karman Ave Irvine CA 92612 | Trade | 63,769.09 |
| Formal Wear, Inc. | Attn: Don Berger 18027 Highway 99 Bldg B Lynnwood WA 98037 | Consulting Agreement | 63,670.18 |
| M Graphics | 19326 Rosita Street Tarzana CA 91356 | Services | 57,382.00 |
| Latham & Watkins | Attn: Scott Haber PO Box 894284 Los Angeles, CA 90189 | Legal Services | 56,395.24 |
| Arch-Itech Solutions | Attn: Judy Anzaldo 17328 Ventura Blvd Encino CA 91316 | Services | 55,869.91 |
| Matthew T. Poy | 1802 West Maryland Ave #2040 Phoenix AZ 85015 | Debt | 53,260.00 |