IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE GINGISS GROUP, INC., | ) | Case No. 03-_____ ( ) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

## CERTIFICATION UNDER PENALTY OF PERJURY
## OF DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

The undersigned, a duly authorized officer of The Gingiss Group, Inc., a Delaware corporation (the "Debtor"), in the above-entitled case, hereby certifies under penalty of perjury that the attached list of equity security holders (the "List of Equity Security Holders") reflects the Debtor's equity security holders that could be ascertained after diligent inquiry, and is correct and consistent with the Debtor's books and records. To the extent practicable, the List of Equity Security Holders complies with Del. Bankr. LR 1007-1(a).

I declare under penalty of perjury and pursuant to Del. Bankr. LR 1007-1(a) that the foregoing is true and correct. Executed this 28 day of October, 2003.

_____
Mark Syrstad
President and Chief Executive Officer

SWORN TO AND SUBSCRIBED before
me this 28th day of October, 2003.

_____
Notary Public

My Commission Expires: _____

OFFICIAL SEAL
CAROLE C KOTLAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/04/04

# LIST OF EQUITY SECURITY HOLDERS

# THE GINGISS GROUP, INC.

| Certificate No. (and Former Certificate No.) | Name | Series of Stock | Number of Shares | % of Primary Ownership | Name 2 |
|---|---|---|---|---|---|
|  | Gryphon Partners II, LLP | A Common | 299,197 | 35.18% | Mr. Don Miller<br>One Embarcadero Center<br>Suite 2750<br>San Francisco, CA 94111 |
| (C-1) | Gryphon Tuxedo Partners, L.P. | A Common | 264,736 | 31.12% | Mr. Don Miller<br>One Embarcadero Center<br>Suite 2750<br>San Francisco, CA 94111 |
|  | Gryphon Partners II-A, L.P. | A Common | 21,040 | 2.47% | Mr. Don Miller<br>One Embarcadero Center<br>Suite 2750<br>San Francisco, CA 94111 |
| (C-2) | The Gary's Companies, Inc. | A Common | 72,200 | 8.49% | Mr. Gary Brill<br>16255 Ventura Boulevard<br>Suite 215<br>Encino, CA 91436 |
|  | Barry Snyder | A Common | 29,361 | 3.45% | C/O Tuxedo Junction, Inc. - Confidential<br>120 Earhart Drive<br>Williamsville, NY 14221 |
|  | Mike Corrao | A Common | 28,707 | 3.38% | 43 Sandalwood<br>Barrington Hills, IL, 91436 |
|  | Rick Vanderwal | A Common | 28,707 | 3.38% | 14333 Acorn Court<br>Lockport, IL 60441 |
|  | Tim Smodilla | A Common | 14,740 | 1.73% | 645 Aspen Court<br>Bartlett, IL 60103 |
| (C-4) | Black Tie, Ltd. | A Common | 9,025 | 1.06% | Mr. Herb Sperber<br>7065 East Foothill Drive<br>Paradise Valley, AZ 85253 |
|  | Jim Flatley | A Common | 8,202 | 0.96% | 112 Adelia Street<br>Elmhurst, IL 60126 |
| (C-6) | Dan McDearmid | A Common | 7,220 | 0.85% | 639 SW Bittern Street<br>Palm City, FL 34990 |
|  | Richard F. Ouradnik Trust | A Common | 4,993 | 0.59% | 11972 Stonewater Crossing<br>Huntley, IL 60142 |
|  | Roman Pisockyj | A Common | 4,993 | 0.59% | 11088 Huntington Court<br>Carmel, IN 46032 |
|  | Russell Reubelt | A Common | 4,993 | 0.59% | 6755 107th Avenue<br>Kenosha, WI 53142 |
| (C-7) | John Turnbull* | A Common | 3,610 | 0.42% | 1314 Mariners Drive<br>Newport Beach, CA 92660 |
|  | Calvin Cleveland | A Common | 2,318 | 0.27% | Tuxedo Junction, Inc.<br>120 Earhart Drive<br>Williamsville, NY 14221 |

| Certificate No. (and Former Certificate No.) | Name | Series of Stock | Number of Shares | % of Primary Ownership | Name 2 |
|---|---|---|---|---|---|
| | Joseph Terranova | A Common | 2,318 | 0.27% | Tuxedo Junction, Inc.<br>120 Earhart Drive<br>Williamsville, NY 14221 |
| | Michael Smyth | A Common | 2,318 | 0.27% | 977 Elm Court<br>Naperville, IL 60540 |
| | Mike Bristol | A Common | 2,318 | 0.27% | Tuxedo Junction, Inc.<br>120 Earhart Drive<br>Williamsville, NY 14221 |
| | Nancy Schifferle | A Common | 2,318 | 0.27% | Tuxedo Junction, Inc.<br>120 Earhart Drive<br>Williamsville, NY 14221 |
| | Randy Krueger | A Common | 2,318 | 0.27% | Tuxedo Junction, Inc.<br>120 Earhart Drive<br>Williamsville, NY 14221 |
| | Ray Gorecki | A Common | 2,318 | 0.27% | 8217 Ripple Ridge<br>Darien, IL 60561 |
| | Rob Sandnes | A Common | 2,318 | 0.27% | 1715 Pebble Beach Street<br>Hoffman Estates, IL 60194 |
| | Tom Ryan | A Common | 2,318 | 0.27% | 917 Hayes<br>Oak Park, IL 60302 |
| (C-8) | Jim Saxton | A Common | 668 | 0.08% | 4034 Whitesall Circle<br>Westlake Village, CA 91361 |
| (C-5) | Jonathan Hill | A Common | 668 | 0.08% | 6533 East Smokey Avenue<br>Orange, CA 92867 |
| (C-9) | Phillip A. Grunenberg | A Common | 668 | 0.08% | 94-1257 Lumikula Street, #5B<br>Honolulu, HI 96797 |
| | | Total | 824,588.3779 | | |
| | | | * subject to put | | |
| (C3) | Jackson Nat'l Life Insurance Co. | B Common | 24,067 | 2.83% | Ms. Harish Koneru, PPM America<br>225 W. Wacker Drive<br>Suite 1200<br>Chicago, IL 60606-1228 |
| (C-10) | Jackson Nat'l Life Insurance Co. | B Common | 1,914 | 0.23% | Ms. Harish Koneru, PPM America<br>225 W. Wacker Drive<br>Suite 1200<br>Chicago, IL 60606-1228 |
| | | Total | 25,981 | 100.00% | |

| Certificate No. (and Former Certificate No.) | Name | Series of Stock | Number of Shares | % of Primary Ownership | Name 2 |
|---|---|---|---|---|---|
| (PA-1) | Jackson Nat'l Life Insurance Co. | A Preferred | 95,000 | | Ms. Harish Koneru, PPM America<br>225 W. Wacker Drive<br>Suite 1200<br>Chicago<br>IL<br>60606-1228 |
| (PA-2) | Anatares Capital Corp. | A Preferred | 5,000 | | |
| | | Total | 100,000 | | |