IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE GINGISS GROUP, INC., et al., | ) | Case No. 03-13364 (MFW) |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GARY'S OPERATING, INC., | ) | Case No. 03-13366 (MFW) |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GII ACQUISITION, INC., | ) | Case No. 03-13367 (MFW) |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GINGISS INTERNATIONAL, INC., | ) | Case No. 03-13368 (MFW) |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GINGISS FORMALWEAR, INC., | ) | Case No. 03-13369 (MFW) |
| | ) | |
| _____Debtor._____ | ) | **[Related to Docket No. 2]** |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)**

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") filed their Motion for Entry of an Order Directing Joint Administration of Related

Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) (the "Motion"). Having

considered the Motion, the Affidavit of James Beltrame, Chief Financial Officer of the Debtors,

in Support of First Day Motions, and the files and records in this case, and finding good cause therefor, it is hereby

ORDERED that:

1. The Motion is granted and the matters requested therein so ordered.

2. Joint administration of the Debtors' Chapter 11 Cases is directed such that:

    A. The pleading docket for the case of The Gingiss Group, Inc., shall be designated as the single pleadings docket for all pleadings with respect to all of the Debtors' Chapter 11 Cases. The only exception shall be that, subject to a further Court order, proofs of claim shall be maintained in separate claims registers for each case; and

    B. All captions referring to any or all of the above listed cases shall be captioned as set forth in Exhibit A hereto.

Dated: Nov. 4, 2003

_____
United States Bankruptcy Judge