Bruce Buechler (BB 0324)
Kenneth A. Rosen (KR 4963)
S. Jason Teele (ST 7390)
Lance T. Eisenberg (LE 2662)
**LOWENSTEIN SANDLER, PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400

*Proposed Counsel to The Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>THE GINGISS GROUP, INC., *ET AL.*,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO: 03-13364 (MFW)<br><br>JOINTLY ADMINISTERED |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(G) AND 9010

**TO THE PERSONS ON THE ANNEXED SERVICE LIST:**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears for and on behalf of the Official Committee of Unsecured Creditors in this bankruptcy case.

**NOTICE IS FURTHER GIVEN** that the Official Committee of Unsecured Creditors requests that all notices given or required to be given in the above-captioned chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with

the Court and request that all notices be mailed to them), be given to and served upon the following:

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attn: Bruce Buechler, Esq.
E-Mail: bbuechler@lowenstein.com

Attn: S. Jason Teele, Esq.
E-Mail: steele@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: November 14, 2003

/s/ Bruce Buechler
Bruce Buechler (BB 0324)
Kenneth A. Rosen (KR 4963)
S. Jason Teele (ST 7390)
Lance T. Eisenberg (LE 2662)
**LOWENSTEIN SANDLER, PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
*Proposed Counsel to The Official Committee of Unsecured Creditors*

# RULE 2002 SERVICE LIST

| | |
|---|---|
| **James E. O'Neill, Esq.**<br>**Laura Davis Jones, Esq.**<br>Pachulski Stang Ziehl Young & Jones<br>919 North Market Street - 16th Floor<br>Wilmington, DE 19899-8705<br>Tel: 302-652-4100<br>Fax : 302-652-4400<br>Email: jo'neill@pszyj.com<br>Email: ljones@pszyj.com<br>*Counsel to Debtor* | **United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Tel: 302-573-6491<br>*U.S. Trustee* |
| **David L. Pollack, Esq.**<br>**Jeffrey Meyers, Esq.**<br>**Dean Waldt, Esq.**<br>Ballard Spahr Andrews & Ingersoll, LLP<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 864-8325<br>Fax: (215) 864-9473<br>*Counsel for General Growth Management, Inc. and The Rouse Company Affiliates* | **Ronald M. Tucker, Esq.**<br>Simon Property Group, LP<br>115 West Washington Street<br>Indianapolis, IN 46204<br>Tel: (317) 263-2346<br>Fax: (317) 263-7901<br>E-mail: rtucker@simon.com<br>*Counsel for Simon Property Group, LP* |
| **Kevin M. Newman, Esq.**<br>Menter, Rudin & Trivelpiece, PC<br>500 Salina Street, Suite 500<br>Syracuse, NY 13202<br>Tel: (315) 474-7541<br>*Counsel for Shopco 129 Limited Partnership* | **Mark D. Collins, Esq.**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br>*Counsel for Heller Financial, Inc., a General Electric Capital Corporation* |
| **Mark K. Thomas, Esq.**<br>**Brian I. Swett, Esq.**<br>Jenner & Block, LLC<br>One IBM Plaza<br>Chicago, IL 60611<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br>*Counsel for Heller Financial, Inc., a General Electric Capital Corporation* | **Thomas J. Leanse, Esq.**<br>**Brian D. Huben, Esq.**<br>Katten, Muchin, Zavis & Rosenman<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Tel: (310) 788-4400<br>Fax: (310) 788-4471<br>*Counsel for Landlord Creditors, The Macerich Company, Urban Retail Properties Co., and The Prudential Insurance Company of America* |

| | |
|---|---|
| **Michael Chimitris, Esq.**<br>General Growth Management, Inc., as Agent<br>110 N. Wacker<br>Chicago, IL 60606<br>Tel: (312) 960-5245<br>Fax: (312) 960-5993<br>E-mail: michael.chimitris@generalgrowth.com<br>*Counsel for General Growth Management, Inc.* | **Courtenay M. Labson, Esq.**<br>Del Amo Mills Limited Partnership<br>Northpark Mall Limited Partnership<br>1300 Wilson Boulevard, Suite 400<br>Arlignton, VA 22209<br>Tel: (703) 526-5245<br>Fax: (703) 526-5333<br>*Counsel for Del Amo Mills LP and Northpark Mall LP* |
| **Teresa K.D. Currier, Esq.**<br>**Mary F. Caloway, Esqs.**<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 552-4200<br>Fax: (302) 552-4295<br>E-mail: currier@klettrooney.com<br>E-mail: mcaloway@klettrooney.com<br>*Counsel for Gingiss Owners Association, Inc., ("Gingiss Franchisees")* | **Barry Levin, Esq.**<br>666 Old Country Road<br>Garden City, NY 11530<br>Tel: (516) 222-4502<br>Fax: (516) 228-8120<br>E-mail: BL3160@aol.com<br>E-mail: JLBMAIL@aol.com<br>*Counsel for Gingiss Owners Association, Inc., ("Gingiss Franchisees")* |
| **L. Kent Wyatt, Esq.**<br>Hardy Erich Brown & Wilson<br>1000 G. Street, Second Floor<br>Sacramento, CA 95814<br>Tel: (916) 449-3844<br>Fax: (916) 449-3888<br>E-mail: kwyatt@hebw.com<br>*Counsel for Donahue Schriber Realty Group, L.P.* | **Regina A. Iorri, Esq.**<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>E-mail: riorii@ashby-geddes.com<br>*Counsel for St. Louis Formalwear, Inc., TSR Corp. and Rafferty Enterprises, Inc.* |
| **Marc E. Albert**<br>**David I. Gold**<br>Stinson, Morrison, Hecker LLP<br>1150 18th Street, NW - Suite 800<br>Washington, DC 20036<br>Tel: (202) 785-9100<br>Fax: (201) 785-9163<br>E-mail: malbert@stinsonmoheck.com<br>E-mail: dgold@stinsonmoheck.com<br>*Counsel for St. Louis Formalwear, Inc., TSR Corp. and Rafferty Enterprises, Inc.* | **Eric C. Cotton, Esq.**<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>P.O. Box 228042<br>Beachwood, OH 44122<br>Tel: (216) 755-5500<br>Fax: (216) 755-1678<br>E-mail: ecotton@ddrc.com<br>*Counsel for DDRA Community Centers Five, LP* |

| | |
|---|---|
| **Jennifer A. L. Kelleher, Esq.**<br>Ballard Spahr Andrews & Ingersoll LLP<br>919 Market Street - 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 252-4465<br>Fax: (302) 252-4466<br>E-mail: kelleherj@ballardspahr.com<br>*Counsel for Glimcher Properties LP* | **Jeffrey L. Zackerman, Esq.**<br>Frost Brown Todd LLC<br>2200 PNC Center<br>201 East Fifth Center<br>Cincinnati, OH 45202<br>Tel: (513) 651-6156<br>Fax: (513) 651-6156<br>E-mail: jzackerman@fbtlaw.com<br>*Counsel for Glimcher Properties LP* |
| **Keith A. Simon, Esq.**<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive - Suite 2100<br>Chicago, IL 60606<br>Tel: (312) 407-0700<br>Fax: (312) 407-0411<br>*Counsel for After Hours Formalwear, Inc.* | |