IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
The Gingiss Group, Inc., et al.
    Gary's Operating, Inc. 03-13366
    GII Acquisition, Inc. 03-13367
    Gingiss International, Inc. 03-13368
    Gingiss Formalwear, Inc. 03-13369

Debtor(s).

Chapter 7
Case No. 03-13364/MFW

*Substantively Consolidated*

**Related Doc.: 948**

## ORDER TO PAY UNCLAIMED CHECK TO COURT

**IT IS ORDERED** that the Trustee shall pay a check dividend in the amount of **$7,522.29** to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed payments of **Claim No.: 350** in the amount of $26.90, Check No.: 10263 payable to King County Treasury, and mailed to King County Administration Building, 500 4th Avenue, Room 600, Seattle, WA 98104-2387; **Claim No.: 401** in the amount of $123.18, Check No.: 10191 payable to Tux & Tails, and mailed to Arrowhead #102, 7575 W. Bell Road, Peoria, AZ 85308; **Claim No.: 489** in the amount of $5,415.78, Check No.: 10193 payable to Lipp Family Trust-Jerome F. Lipp, Trustee, C/o Cohen Durrett, and mailed to 88880 Cal Center Drive, Suite 190, Sacramento, CA 95826; **Claim No.: 582** in the amount of $11.72, Check No.: 10276 payable to County of Orange, California, and mailed to Treasurer-Tax Collector, P. O. Box 1438, Santa Ana, CA 92702-1438; **Claim No.: 615** in the amount of $789.29, Check No.: 10201 payable to Taubman Western Associates No.: 2 LLC, and mailed to 200 E. Long Lake Road, Bloomfield Hills, MI 48304; **Claim No.: 700** in the amount of $229.20, Check No.: 10281 payable to City of Fresno-Finance Division, Accounts Receivable, and mailed to 2600 Fresno Street, Suite 2158, Fresno, CA 93721-3622; **Claim No.: 835** in the amount of $520.92, Check No.: 10234 payable to George E. Moton and mailed to 1433 Hollowdale Place, Everett, WA 98204; **Claim No.: 917** in the amount of $405.30, Check No.: 10214 payable to Culligan Water, and mailed to 6901 E. 38th Street, Indianapolis, IN 46226.

_____
HONORABLE MARY F. WALRATH
United States Bankruptcy Judge

Ordered this ___2d___ day of ___Nov.___, 2010

FILING DATE 9/23/10
DOCKET NO.: 948